**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIZ Y.A., obo, D.A.,

                Plaintiff,                20 **CIVIL** 7533 (GRJ)

    -v-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 2, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
           August 2, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  Clerk of Court
                             **BY:**      *K. Mango*
                                                                    **Deputy Clerk**